# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HSBC BANK USA, N.A., <br><br>    Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, *et al.*, <br><br>    Defendants. | Case No. 2:16-cv-01697-APG-NJK <br><br> **ORDER GRANTING MOTION FOR SECURITY OF COSTS** <br><br> (ECF No. 20) |

    IT IS ORDERED that defendant SFR Investments Pool 1, LLC's Motion for Demand for Security of Costs **(ECF No. 20) is GRANTED**.

    IT IS FURTHER ORDERED that plaintiff HSBC Bank USA, N.A. shall post a $500.00 cost bond with the Court on or before March 1, 2017.

    DATED this 30th day of January, 2017.

                                                      ANDREW P. GORDON  
                                                      UNITED STATES DISTRICT JUDGE