# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HSBC BANK USA, N.A.,

    Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC, et al.,

    Defendant(s).

Case No.: 2:16-cv-01697-APG-NJK

**Order**

[Docket No. 30]

Plaintiff filed a notice of meet-and-confer regarding formulation of a proposed discovery plan and scheduling order. Docket No. 30. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: November 13, 2019

                                            Nancy J. Koppe
                                            United States Magistrate Judge