Holly E. Cheong, Esq.
Nevada Bar No. 11936
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: hcheong@swlaw.com
bgriffith@swlaw.com

*Attorneys for Plaintiff HSBC Bank (USA), N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; COUNTRYSIDE HOMEOWNERS ASSOCIATION, a Nevada non-profit coop corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada domestic corporation; <br><br> Defendants. | Case No. 2:16-cv-01697-APG-NJK <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |
| SFR INVESTMENTS POOL I, LLC, a Nevada limited-liability company, <br><br> Counter-Claimant, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., a national banking association, <br><br> Counter-Defendant. | |

NOTICE IS HEREBY GIVEN to the Court and parties that Robin E. Perkins, Esq. is no longer employed by Snell & Wilmer L.L.P., no longer associated with this matter, and should be removed from the list of counsel of record in this case.

Dated: December 11, 2019

SNELL & WILMER L.L.P.

By: */s/ Holly E. Cheong*
Holly E. Cheong, Esq.
Nevada Bar No. 11936
Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Plaintiff HSBC Bank USA, N.A.*

IT IS SO ORDERED.
Dated: December 12, 2019

_____
Nancy J. Koppe
United States Magistrate Judge