**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, N.A., | Case No.: 2:16-cv-01697-APG-NJK |
| Plaintiff | **Order for Status Report** |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendants | |

This case was stayed pending the resolution of three other cases on appeal to the Ninth Circuit. ECF No. 41. Two of those appeals were dismissed and in the third the mandate issued on December 24, 2020.

I THEREFORE ORDER that by January 29, 2021, the parties shall file a status report regarding how this case will proceed.

DATED this 6th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE